# EXHIBIT G





5/26/2018 12:45:22 PM



5/26/2018 12:45:27 PM



5/26/2018 12:45:31 PM

G-4



5/26/2018 12:45:32 PM



5/26/2018 12:45:35 PM