1 | Eugene P. Ramirez (State Bar No. 134865)
    *epr@manningllp.com*
2 | Angela M. Powell (State Bar No. 191876)
    *amp@manningllp.com*
3 | Michael R. Watts (State Bar No. 312210)
    *mrw@manningllp.com*
4 | **MANNING & KASS**
  | **ELLROD, RAMIREZ, TRESTER LLP**
5 | 801 S. Figueroa St, 15th Floor
  | Los Angeles, California 90017-3012
6 | Telephone: (213) 624-6900
  | Facsimile: (213) 624-6999
7 |
  | Attorneys for Defendants, COUNTY OF
8 | RIVERSIDE, RIVERSIDE COUNTY
  | SHERIFF'S DEPARTMENT,
9 | CORPORAL LUIS IBARRA, DEPUTY
  | NIGEL HINSON, DEPUTY MATT
10 | BILTON, DEPUTY ANTHONY
   | LEVESQUE, DEPUTY LORENA
11 | MIRANDA, DEPUTY ANDREW
   | PEARSON, DEPUTY JOSEPH
12 | RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JARRELL RAYVON ALLEN, an individual, | Case No. 5:19-CV-00153-RGK-SHK |
| Plaintiff, | *[The Hon. R. Gary Klausner, Magistrate, Shashi H. Kewalramani]* |
| v. | **[PROPOSED] ORDER ON JOINT REPORT CONCERNING STATUS OF MEDIATION AND JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION IN LIGHT OF SETTLEMENT DISCUSSIONS** |
| COUNTY OF RIVERSIDE, a California municipal entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a California municipal entity; CORPORAL LUIS IBARRA, an individual; DEPUTY NIGEL HINSON, an individual; DEPUTY MATT BILTON, an individual; DEPUTY ANTHONY LEVESQUE, an individual; DEPUTY SHERIFF LORENA MIRANDA, an individual; DEPUTY ANDREW PEARSON, an individual; DEPUTY JOSEPH RODRIGUEZ, an individual; and DOES 1-30, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER ON JOINT REPORT CONCERNING STATUS OF MEDIATION AND JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN LIGHT OF SETTLEMENT DISCUSSIONS**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, and in furtherance of the interests of justice, the Court hereby ORDERS as follows:

The hearing date on Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication is continued from January 13, 2020 to **January 27, 2020**.

IT IS SO ORDERED.

Dated:  _____          _____
                                             Hon. R. Gary Klausner
                                             United States District Court Judge

**[PROPOSED] ORDER ON JOINT REPORT CONCERNING STATUS OF MEDIATION AND JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN LIGHT OF SETTLEMENT DISCUSSIONS**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW