UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-00153-RGK-SHK | Date | January 8, 2020 |
|---|---|---|---|
| Title | JARRELL RAYVON ALLEN v. COUNTY OF RIVERSIDE, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER

The Court has reviewed the Notice of Settlement [63], filed on January 7, 2020. To permit the parties time for approval of the settlement, the Court orders the following:

(1) Defendants' Motion for Summary Judgment [49], calendared for hearing on January 13, 2020 at 9:00 a.m. will be taken under submission and off of the motion calendar. No appearances by counsel are necessary. The Court will hold the order on the motion until March 30, 2020;

(2) The Pretrial Conference is continued to April 6, 2020 at 9:00 a.m.; and

(3) The Jury Trial is continued to April 21, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

: 

Initials of Preparer  slw