**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JARRELL RAYVON ALLEN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE, a California municipal entity; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a California municipal entity; CORPORAL LUIS IBARRA, an individual; DEPUTY NIGEL HINSON, an individual; DEPUTY MATT BILTON, an individual; DEPUTY ANTHONY LEVESQUE, an individual; DEPUTY SHERIFF LORENA MIRANDA, an individual; DEPUTY ANDREW PEARSON, an individual; DEPUTY JOSEPH RODRIGUEZ, an individual; and DOES 1-30, inclusive,<br><br>　　　　Defendants. | Case No. 5:19-CV-00153-RGK-SHK<br>*[The Hon. R. Gary Klausner, Magistrate, Shashi H. Kewalramani]*<br><br>**[PROPOSED] ORDER ON STIPULATION OF THE PARTIES AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS** |

PURSUANT TO THE JOINT STIPULATION OF THE PARTIES

"Stipulation of the Parties and Joint Request for Dismissal With Prejudice as to

Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S

DEPARTMENT, CORPORAL LUIS IBARRA, DEPUTY NIGEL HINSON, DEPUTY MATT BILTON, DEPUTY ANTHONY LEVESQUE, DEPUTY LORENA MIRANDA, DEPUTY ANDREW PEARSON, and DEPUTY JOSEPH RODRIGUEZ, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice:

The Court Orders this case dismissed with prejudice as defendants and parties to the above-entitled action. Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated: March 13, 2020

_____
**UNITED STATES DISTRICT JUDGE**